UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

KAREEM PICKERING and AARON MUHAMMED,

       Plaintiffs,

v.

AKAL SECURITY, INC.,

       Defendant.

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, Akal Security, Inc. ("Defendant"), by and through its undersigned counsel and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiffs, Kareem Pickering and Aaron Muhammed ("Plaintiffs"), from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On or about July 1, 2020, Plaintiffs filed their Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, captioned <u>Kareem Pickering and Aaron Muhammed v. Akal Security, Inc.</u> (the "Circuit Court case"). The Circuit Court case was assigned case number 2020-013938-CA-01. In the Complaint, Plaintiffs alleges: (1) race discrimination in violation of the Florida Civil Rights Act ("FCRA") (Count I); and (2) national origin discrimination in violation of the FCRA (Count II).

2.	Plaintiffs are citizens of the state of Florida.  See Complaint, ¶4.  Defendant is incorporated in New Mexico and its principle place of business is also located at 7 Infinity Loop, Espanola, New Mexico 87532.  Plaintiffs seek as damages: lost past and future income; loss of fringe benefits; damage to reputation, confidence and self-esteem; loss of future earning capacity; stress, anxiety and emotional distress; significant past and future pain and suffering; unspecified other financial losses; and attorney's fees, expert fees, litigation costs and expenses.  See Complaint, ¶18,19, 23 and 24.  Plaintiff were terminated by Defendant on September 19, 2018.  See Complaint, ¶10.  At the time of their termination, Plaintiffs were paid an hourly rate of $30.49 in addition to a uniform allowance of $.45 per hour, H&W contribution of $4.90 per hour, and a pension contribution of $1.47 per hour for a total hourly compensation of $37.31.  See page 29 of applicable Collective Bargaining Agreement, attached as Exhibit "1."  The lost wages alone claimed by each Plaintiff exceeds $144,762.00 to date.  Id.

3.	Because Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000, this action is within the diversity question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1332.  Thus, this action is removable pursuant to 28 U.S.C. § 1441(a) and (b).

3.	Additionally, Plaintiff effectuated service of process on Defendant on July 14, 2020.  Therefore, this Notice has been filed within thirty days after service upon Defendant of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).  See Plaintiffs' July14, 2020 Return of Service attached as Exhibit "2."

5.	As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant is attached to this Notice as Exhibit "3."

6. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide promptly written notice of the removal to all adverse parties in this action and will file a copy of this Notice with the Circuit Court in and for Miami-Dade County, Florida.

7. The United States District Court for the Southern District of Florida, Miami Division, includes the judicial county in which Plaintiff filed his Complaint. Thus, removal is proper to this Court.

WHEREFORE, Defendant, Akal Security, Inc., respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Circuit Court and direct that the Circuit Court in and for Miami-Dade County, Florida has no further jurisdiction of this matter unless and until this case is remanded.

Dated: July 29, 2020

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305-577-7600

s/ *Neil D. Kodsi*
Neil D. Kodsi, Esq.
Florida Bar No. 0011255
E-mail:  *neil.kodsi@jacksonlewis.com*

*Counsel for Akal Security, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July. 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Neil D. Kodsi*
Neil D. Kodsi, Esq.

## **SERVICE LIST**

Chad E. Levy, Esq.
E-mail: *chad@levylevylaw.com*
David M. Kozad, Esq.
E-mail: *david@levylevylaw.com*
Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida 33323
Telephone:  954-763-5722

*Counsel for Plaintiffs*

Neil D. Kodsi, Esq.
E-mail:  *neil.kodsi@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600

*Counsel for Akal Security, Inc.*