# EXHIBIT "1"

# ICE KROME SERVICE PROCESSING CENTER

## MIAMI FLORIDA

## AKAL SECURITY INC.

## NATIONAL UNION OF SECURITY OFFICERS & GUARDS (NUSOG)

## (full time and part time Detention Officers)

## Effective July 1, 2017

## 2017-2020

UNION CONTACT: Gerard Jones          Title: President, Intl

PHONE:  718-291-3498 ex-661

EMAIL: gjones@nusog.org

LOCAL: All Full and Part Time Detention Officers

Union Address: 148-06 Hillside Avenue, Jamaica, New York 11435


COMPANY PERSON WHO NEGOTIATED CONTRACT: Akima          SIGNED BY: DON REHM

PHONE: 505-690-7020

EMAIL: drehm@akalglobal.com


PROJECT MANAGER (AKIMA): Michelle Jones

PHONE: 305-207-2061

EMAIL: mjones@thecogargroup.com


PROJECT MANAGER (AKAL): Joseph Olmedo

PHONE: 305-207-5104, CELL 505-944-5058

EMAIL: jolmedo@akalsecurity.com

FACILITY ADDRESS: 18201 S.W. 12th Street, Miami Florida 33194

Collective Bargaining Agreement

Between

AKAL SECURITY, INC.

and the

NATIONAL UNION OF SECURITY OFFICERS & GUARDS

Effective July 1, 2017
Through June 30, 2020

## PREAMBLE

THIS AGREEMENT is made and entered by and between AKAL SECURITY, INC. (hereinafter referred to as "Akal", "Employer" and/or "Company") and National Union of Security Officers and Guards, (hereinafter referred to as "NUSOG" or the "Union") having its office located at 148-06 Hillside Avenue, Jamaica, New York 11435, on behalf of its members at the ICE facility at Krome, FL (Krome Service Processing Center).

# ARTICLE 1

## GENERAL PROVISIONS

### SECTION 1.1        BARGAINING UNIT

This Agreement is entered between AKAL SECURITY, INC. (hereinafter referred to as "Akal", "Company", and/or "Employer") and the National Union of Security Officers and Guards (hereinafter referred to as the Union or "NUSOG").  The Company recognizes the Union as the sole and exclusive bargaining representative of the employees in the unit described below for the purpose of collective bargaining as defined in the National Labor Relations Act.

The unit is defined as **all full-time and part-time Detention Officers** employed by AKAL at Immigration and Customs Enforcement (ICE) Krome Service Processing Center, 18201 S.W. 12th Street, Miami, Florida 33194, with respect to wages, hours and conditions of employment, excluding all other employees including, office clerical employees and professional employees as defined in the National Labor Relations Act.

This Agreement shall be binding upon all parties, their successors and assigns.  In the event of a sale or transfer of the business of the Employer, or any part thereof, the purchaser, transferee or assignment to a new contractor by ICE, shall be bound by this Agreement.

### SECTION 1.2        NEGOTIATING COMMITTEE AND BARGAINING OBLIGATIONS

The Company agrees to recognize a Negotiating Committee composed of up to two members per shift from the Krome facility and two (2) members based at the Airport facility to represent the membership selected by the Union to represent the Employees in collective bargaining negotiations.

Obligation to Bargain.  The parties acknowledge that during the negotiations which resulted in this Agreement, each had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining; that all such subjects were discussed and negotiated; and that the agreements contained herein were arrived at after the free exercise of such rights and opportunities.

Separability.  In the event that a provision of this Agreement is held to be unlawful by a court of final jurisdiction or is rendered unlawful by a state or federal statute, all other provisions of this Agreement shall remain in full force and effect. In the event a provision of this Agreement becomes unlawful by such judicial or legislative action, the parties shall meet for the limited purpose of negotiating a substitute for said affected clause.

### SECTION 1.3        CLASSIFICATIONS

A.  Full-time employees are those employees who regularly work an average of thirty-two (32) hours or more a week.

B.  Part-time employees are those employees who regularly work less than an average of Thirty-two (32) hours a week. Part-time employees are eligible for holiday pay and

AKAL & NUSOG CBA (Detention Officers)    2017-2020  *DR*                                    3

vacation leave benefits. Part-time employees are eligible for all other benefits on a pro-rata basis to the hours they are regularly scheduled to work.

C. Employees covered by this Agreement shall not be required as part of their regular duties to deliver office supplies, furniture, equipment or distribution that does not pertain to normal assigned duties. Nothing in this provision shall prohibit employees from being asked to transport something that can be carried with minimal exertion to someone if the employee is headed in that direction.

D. Employees covered by this Agreement shall not be required to perform janitorial services other than picking up after themselves.

## SECTION 1.4       STEWARD SYSTEM

A. The Employer agrees to recognize one (1) shop steward and one (1) assistant shop steward for each shift at the location, duly appointed by the Union.

B. The Union agrees that the stewards will work at their regular jobs at all times except when they are relieved to attend to the business of the Grievance Procedure as outlined in this Agreement. Aggrieved employees will be paid their regular rate of pay in the conduct of Company/Union business during scheduled working hours.

C. If the Employee requests, the Company will call for an available steward prior to any disciplinary action taken, whether it be written or verbal. The supervisor, at the request of the Employee, will release the steward as soon as possible.

## SECTION 1.5       MANAGERS AND SALARIED PERSONNEL

Managerial and salaried Employees shall not perform the duties of the Employees in the bargaining unit, except in the following circumstances:

a) Instruction, training, or assistance of an employee, including demonstrating proper methods of performing the work;
b) Temporary substitution for an absent employee not to exceed the duration of a shift;
c) To familiarize themselves with new jobs or processes; or
d) When it is necessary to meet emergency requirements of customer and other emergencies when a bargaining unit employee is not available.

## SECTION 1.6       UNION SECURITY

A. An Employee who is a member of the Union at the time this Agreement becomes effective shall continue membership in the Union for the duration of this Agreement, to the extent of tendering the membership dues uniformly required as a condition of retaining membership in the Union and of continued employment.

B. An Employee who is not a member of this Union at the time that this Agreement becomes effective shall, within ten (10) days after the 30th day following the effective date of this Agreement or date of hire, either:

1. Become a member of the Union and remain a member.

2. <u>Pay the Union an Agency Fee</u>.  The amount of this agency fee shall be equal to that paid by regular Union members to include regular and usual initiation fees. The agency fee will not include any assessments, special or otherwise. Such payments shall commence on the 30th day after the date of hire.

   a) Employees who are members of, and adhere to the established and traditional tenets of a bona-fide religion, body, or sect, which has historically held conscientious objections to joining or financially supporting labor organizations, shall, instead of the above, be allowed to make payments in amounts equal to the agency fee required above, to a tax-exempt organization (under Section 501(c)(3) of the IRS Code). The Union shall have the right to charge any Employee exercising this option, the reasonable cost of using the arbitration procedure of this Agreement on the Employee's individual behalf. Further, any Employee who exercises this option shall four times a year submit to the Union proof that the charitable contributions have been made in the amount that is equal to the agency fee amount.

C. The obligations set forth in this Article shall only be effective to the extent permitted by controlling law, including, but not limited to, any Executive Orders permitting or restricting Union security rights. If there is a legal challenge to any provision of this Article, the Employer may suspend its obligations under this Article for the duration of the dispute after conferring on the matter with the Union.

D. The Union, including its International, agrees to save and hold the Employer harmless from any and all claims, actions, suits, damages, or costs, including any attorney's fees incurred by the Employer, on account of any matter relating to the terms of this Article, including, but not limited to, any claims by any Employee(s) and compliance with the law.

## SECTION 1.7     DUES CHECKOFF

A. The Company agrees to deduct dues as designated by the Union on a monthly basis from the paycheck of each member of the Union. These deductions will be made only upon written authorization from the Employee on a form provided by the Union. It is understood that such deductions will be made only so long as the Company may legally do so. The Company will be advised in writing, by the Union, as to the dollar amount of the Union membership dues.

B. The Company will remit all such deductions to the Financial Secretary/Treasurer within five (5) business days from the date that the deduction was made by check. The Company shall furnish the Financial Secretary/Treasurer with a deduction list, setting forth the name and amount of dues, within seven (7) business days of each remittance. The Union agrees to hold the Company harmless from any action or actions growing out of these deductions initiated by an Employee against the

AKAL & NUSOG CBA (Detention Officers)     2017-2020   DR

5

Company, and assumes full responsibility of the dispositions of the funds so deducted, once they are paid over to the Union. Errors made by the Company in the deduction or remittance of monies shall not be considered a violation of this provision by the Union, providing such errors are unintentional and corrected when brought to the Company's attention.

## SECTION 1.8    INTENT OF PARTIES

The Union and the Company agree to work sincerely and wholeheartedly to the end that the provisions of this Agreement will be applied and interpreted fairly, conscientiously, and in the best interest of efficient security operations. The Union and the Company agree to use their best efforts to cause the Bargaining Unit Employees, individually and collectively, to perform and render loyal and efficient work and services on behalf of the Company. The Company and the Union recognize that the objective of providing equal employment opportunities for all people is consistent with Company and Union philosophy, and the parties agree to work sincerely and wholeheartedly toward the accomplishment of this objective.

## SECTION 1.9    EQUAL OPPORTUNITY (NON-DISCRIMINATION)

In connection with the performance of work under this Agreement, the Company and the Union agree not to discriminate against any employee or applicant for employment because of race, religion, color, sex, age, disability, or national origin. The aforesaid provision shall include, but not be limited to the following: employment, upgrading, promotion, demotion, transfer, or selection for training.

The parties agree to comply with all applicable local, state, and/or Federal laws and Executive orders pertaining to non-discrimination and equal opportunity in employment. The Company and the Union agree to post in conspicuous places, available for employees and applicants for employment, notices provided by the appropriate contractual/regulatory agencies setting for the provisions of the equal opportunity requirements.

The provisions of this article will not operate to invalidate any other term or condition of this Agreement.

The Company and Union agree not to discriminate against an employee because of employee's exercise of the rights guaranteed in Section 7 of the National Labor Relations Act, as amended.

## ARTICLE 2

## SENIORITY

## SECTION 2.1    SENIORITY DEFINED

A.  Union seniority shall be the length of continuous service from the Employee's last date of hire as a Detention Officer for the Employer, past or present and/or any predecessor Employer. Seniority shall not accrue until the Employee has successfully completed the probationary period. Seniority shall be applicable in determining the

order of layoff and recall, vacation schedules, extra work, transfers, and other matters as provided for in this Agreement.

B. For the purposes of vacation schedules, transfers, and extra work, union seniority shall be defined as seniority within the work site.

C. Any Employee permanently transferred out of the designated Local Bargaining Unit for any reason shall lose their Union seniority as it applies to the order of layoff and recall, vacation schedules, extra work, and other matters as provided for in this Agreement.

## SECTION 2.2    SENIORITY LISTS

The Company shall prepare an up-to-date seniority list (by last date of hire under the contact), which shall be posted on the furnished bulletin boards, and the Company shall furnish to the Union a duplicate copy of such seniority list, advising monthly of any additions or deletions thereto.

## SECTION 2.3    PERSONAL DATA

Employees shall notify the Employer in writing, on the company provided form, of their proper mailing address and telephone number or of any change of name, address, or telephone number. The Company shall be entitled to rely upon the last known address in the Employer's official records.

## SECTION 2.4    TRANSFER OUT OF UNIT

An employee who accepts a permanent management position with the Company within the Contract sites but outside the bargaining unit, shall retain the seniority the employee had at the date of the promotion to management, but shall not accumulate additional seniority while in that capacity.  If the employee returns to the bargaining unit, the employee will return to a position on the seniority list to which he/she is entitled to according to his/her previously retained seniority.

## SECTION 2.5    PROBATIONARY EMPLOYEES

Each newly hired employee shall be considered a probationary employee of the Company during his/her first six (6) months following completion of their required On-the-Job Training. The Union will still represent Probationary Employees for problems concerning wages, hours and working conditions. The Company reserves the right to decide questions relating to transfers, suspensions, discipline, layoffs, or discharge of Probationary Employees without recourse to the grievance procedure contained in this Agreement.

Probationary Employees do not have seniority until the completion of the probationary period, at which time seniority dates back to the date of hire. The Probationary period can be extended by mutual agreement between the Company and the Union.

The Employer shall notify the Union upon request of all new employees hired and of all employees terminated, setting forth their address and job classification and department.

## SECTION 2.6      TERMINATION OF SENIORITY

The seniority of an Employee shall be terminated for any of the following reasons:

1. Employee is discharged for just cause;

2. Employee voluntarily quits;

3. A settlement with the Employee has been made for total disability, or for any other reason if the settlement waives further employment rights with the Employer;

4. The Employee is laid off for a continuous period of one hundred eighty (180) calendar days;

5. The U.S. Government revokes the Employee's credentials as a DO;

6. The Employee is permanently transferred out of the bargaining unit.

7. Employee has failed to express his or her intent to return to work, and/or does not return to work in accordance with the requirements in this article;

8. Employee fails to report to work for two (2) consecutive scheduled days without notifying the Company, except in case of circumstances beyond his or her control.

The seniority of an Employee shall not be terminated if the employee is unable to report to work because of a non-occupational injury or illness shall retain his/her seniority for one (1) year, except that he/she shall be subject to layoff according to his/her seniority. Employees who are unable to report to work because of an occupational injury or illness shall retain their seniority during the term of their disability, except they shall be subject to layoff according to their seniority.


### ARTICLE 3

### JOB OPPORTUNITIES

## SECTION 3.1      FILLING VACANCIES

It is understood senior employees shall have preference of assignments to shifts and days off. An employee may file with the Company a written request for a change of shift or days off. The time and date of the filing shall be noted on the face of the request and the Company shall maintain them. When the Company does determine that an opening exists, the Company will fill the opening in the following manner:

1. Award the opening to the senior full-time employee in the same classification that has had a written request on file with the Employer a minimum of fourteen (14) calendar days. If no full-time employee has a written request on file with the Employer, the Company may then fill the opening as follows;

2.  Award the opening to the senior part-time employee in the same classification that has had a written request on file with the Employer a minimum of fourteen (14) days. If no part-time employee has a written request on file with the Employer, the Company may then fill the opening as follows;

3.  Post a notice of the opening to all full-time and part-time employees in the same classification; giving those employees seven (7) calendar days to request being awarded the opening in writing, and awarding the opening to the senior full-time employee that requested the opening in writing within the seven (7) calendar days. If no full-time employee requested the position, it will be given to the senior part-time employee who requested the opening in writing within the seven (7) calendar days. If no full-time or part-time employee requests being awarded the opening in writing within seven (7) calendar days, the Company may then fill the opening as follows;

4.  Post a notice of the opening to all full-time and part-time members of the bargaining unit currently working in a different classification, but meeting all qualifications for the classification in which the opening exists, giving those employees seven (7) calendar days to request being awarded the opening in writing, and awarding the opening to the senior full-time employee that requested the opening in writing within the seven (7) calendar days. If no full-time employee requested the opening within seven (7) calendar days, the Company will then award the opening to the senior part-time employee that requested the opening in writing within the seven (7) calendar days. If no full-time or part-time member of the bargaining unit requests the opening in writing within seven (7) calendar days of the notification of the opening, the Company may then fill the opening as follows;

5.  Fill the opening from outside the bargaining unit.

**SECTION 3.2      LAYOFF AND RECALL**

In the event of a layoff or recall from layoff, seniority shall control, provided the senior employee is capable of performing the available work. The employee with the least seniority shall be laid off first and recall will be in the inverse order of layoff. It is understood that probationary employees will be laid off before employees with seniority.

It is the responsibility of the laid off employee to keep the Company advised by certified mail of any changes in his/her mailing address. The employee shall reply to the Company his/her intent to return to work within seventy-two (72) hours after receipt of certified notice from the Company of recall. The employee will then have a maximum of five (5) calendar days to report for duty.

**SECTION 3.3        TEMPORARY ASSIGNMENTS**

In the interest of maintaining continuous operations, the Employer may temporarily assign an employee from a lower to a higher classification (including classifications not in this bargaining unit) of work during any shift. The employee will receive the rate of pay for the higher classification for all time spent in the higher classification.  An employee assigned to work in a lower classification will not have his rate of pay reduced.

To the extent feasible the assignment shall be a voluntary selection based on seniority and qualification. In the absence of volunteers, assignments shall be made on a reverse seniority and qualifications basis.

### ARTICLE 4

### MANAGEMENT'S RETAINED RIGHTS

**SECTION 4.1**

Management of the business and direction of the security force are exclusively the right of management.  These rights include the right to:

1. Hire;
2. Assign work and schedule at the company's discretion;
3. Promote, Demote;
4. Discharge, discipline, or suspend based on Article 6;
5. Make and enforce work rules not inconsistent with the provisions of this agreement;
6. Require Employees to observe reasonable Employer rules and regulations;
7. Determine when overtime shall be worked;
8. Determine the qualifications of an Employee to perform work.

**SECTION 4.2        RESERVATION OF RIGHTS**

Any of the rights, powers, or authority the Company had prior to the signing of this Agreement are retained by the Company, except those specifically abridged or modified by this Agreement and any supplemental Agreements that may hereafter be made. The Company's failure to exercise any function reserved to it shall not be deemed a waiver of any such rights.

### ARTICLE 5

### GRIEVANCE PROCEDURE

**SECTION 5.1        INTENT**

A grievance shall be defined as any dispute concerning the application or interpretation of this Agreement, or any dispute concerning wages, hours, or working conditions of employees covered by this Agreement. However, only grievances concerning the interpretation or application of specific provisions of this Agreement shall be subject to arbitration hereunder.

The grievance procedures outlined herein shall not be used for any action or order of removal of an Employee from working under the contract by the U.S. Government, revocation of required clearances by the U.S. Government, or loss of any licenses required by the State of Florida. In addition, the grievance procedures outlined herein shall not apply to any situation where the Company is acting under the express directives of the U.S. Government or the State of Florida.

## SECTION 5.2   GENERAL PROVISIONS

The number of days outlined in Section 5.3 in the processing and presentation of grievances shall establish the maximum time allowed for the presentation and processing of a grievance. The term "days" shall not include Saturday, Sundays or holidays when used in this Article.

Should either the Company, the Union, or the aggrieved employee fail to comply with the time limits as set forth in this Article, the party who failed to comply with the time limits shall forfeit the grievance.

When the Company requests a meeting with the shop stewards/committee during working hours, the Union members will not be docked for time lost in attending such meeting. However, pay for such meeting shall not extend to hours in excess of eight (8) in one workday and no overtime shall be paid. In the event of grievance on the graveyard shift, the Company agrees to meet with the Union at 0600AM during regular workdays for the purpose of discussing the grievance.

## SECTION 5.3   GRIEVANCE PROCEDURE

All grievances shall be presented and processed in accordance with the following procedures:

A. Step One. The Employee or Union Representative shall, not later than ten (10) days after the incident being grieved, set forth the facts in writing, specifying the Article and paragraph allegedly violated. This shall be signed by the aggrieved Employee or the Union Representative, and shall be submitted to the Project Manager or designee. The Project Manager or designee shall have ten (10) days from the date the grievance was received by the Project Manager or designee to return a decision in writing to the aggrieved Employee, the Union Representative and NUSOG at its address as stated in this Agreement's preamble.

B. Grievance for Discipline. Any grievance involving discharge or other discipline may be commenced using this procedure. Disciplinary charges must be served on the employee no later than thirty (30) days after the alleged misconduct. The written grievance challenging the discharge or discipline shall be presented to the Project Manager or designee within ten (10) days after disciplinary charges have been served on the employee.

## SECTION 5.4      ARBITRATION PROCEDURE

A. <u>Selection of an Arbitrator.</u> Within ten (10) days of the Union's receipt of the Human Resources Manager's decision, the Company and the Union will meet either in person or telephonically to jointly attempt to agree upon the selection of a neutral arbitrator. If, within ten (10) days, the parties fail to agree upon the selection of an arbitrator, the Union will request the American Arbitration Association to supply a list of arbitrators. An arbitrator will be selected per the rules of the American Arbitration Association.

B. <u>Decision of the Arbitrator.</u> The decision of the arbitrator shall be final and binding upon the parties to the Agreement. Any decision shall be complied with, without undue delay after the decision is rendered. It is understood and agreed between the parties that the arbitrator shall have no power to add to, subtract from, or modify any of the terms of this Agreement.

C. <u>Arbitration Expense.</u> The arbitrator's fees and expenses, including the cost of any hearing room, shall be shared equally between the Company and the Employee. Each party to the arbitration will be responsible for its own expenses and compensation incurred bringing any of its witnesses of other participants to the arbitration. Any other expenses, including transcript costs, shall be borne by the party incurring such expenses.

D. <u>Time Limits.</u> The decision of the arbitrator shall be rendered as soon as possible after the dispute has been submitted to him/her.

E. The arbitrator shall have no authority to amend, modify, change, add to, or subtract from any of the terms or conditions of this Agreement or to base a decision on any past practice which is inconsistent with the provisions of this Agreement.

F. The limits set forth herein may be extended only by mutual agreement of the union and the Company.

## SECTION 5.5      CLASS ACTION

The Union shall have the right to file a group grievance (class action) or grievances involving more than one (1) Employee at Step One of the grievance procedure.

## SECTION 5.6      INDIVIDUAL GRIEVANCES

No individual may move a grievance to arbitration.

## ARTICLE 6

### DISCIPLINE

**SECTION 6.1        GROUNDS FOR DISCIPLINE AND DISMISSAL**

Disciplinary action will consist of a verbal warning, a written warning and suspension or termination. The Employer may skip one or more of these steps, depending on the severity of actions causing the disciplinary action.

After completion of the probationary period, no Employee shall be dismissed or suspended without just cause. Just cause shall include any action or order of removal of an employee from working under the contract by the U.S. Government, or revocation of required credentials by ICE.

The Company's contract with the U.S. Government sets out performance standards for the DOs and all Employees are required to comply with these standards. Failure to do so may lead to disciplinary action. These performance standards will be issued to each Employee and must be signed, acknowledging receipt, by the Employee and may be updated by the Company each year. Employees agree to comply with any non-disciplinary directive issued by the Government.

**SECTION 6.2        GENERAL PROVISIONS FOR DISCIPLINE AND DISMISSAL**

The Company's contract with the U.S. Government sets out performance standards for the DOs in and all Employees are required to comply with these standards. Failure to do so may lead to disciplinary action. These performance standards will be issued to each Employee and must be signed, acknowledging receipt, by the Employee and may be updated by the Company each year. Employees agree to comply with any non-disciplinary directive issued by the Government.

Upon written request, the Company will provide the Union, in a timely manner, with all information concerning the removal that they may legally release, and will provide the Union with any relevant information concerning the proper Government point of contact and their contact data. The "final decision" on the employee's removal shall be determined by the Government, and the Employer shall be held harmless by the Union and the employee for any further claims made after this final determination. This provision is not intended to limit or prohibit the rights of any party to seek relief from other parties.

**SECTION 6.3        MEMBERS RIGHTS**

Any time an employee is to be interviewed and disciplinary action may be taken, he/she may have a Shop Steward or Union representative present. Both the employee and Union representative are entitled to know what the meeting is about and are entitled to consult prior to the interview.

**SECTION 6.4        ADMINISTRATIVE LEAVE**

The Company has the right to place individuals on administrative leave without pay during a company conducted investigation. If the Employee is cleared during the investigation, they will

be reinstated with back pay for the length of the administrative leave. If the Employee is found to have engaged in conduct which merits termination, they will be terminated and not compensated for their administrative leave. If the investigation finds that there is not just cause for termination, but lesser discipline is justified, some or all of the administrative leave can be converted to a disciplinary suspension. However, if the Employee is placed on leave at the direction of the government, AKAL will not be responsible for any backpay unless specifically provided by the government to the affected Employee. If the direction from the government to place the employee on leave is not in writing, the Company will confirm that the placement on leave occurred at the government's direction.

## ARTICLE 7

### HOURS OF WORK AND OVERTIME

**SECTION 7.1       WORKDAY AND WORKWEEK**

For the purposes of this Article, a regular workweek of forty (40) hours of work, excluding lunch periods, shall constitute a normal full-time workweek for full-time Employees. Shifts shall be scheduled at the discretion of the Employer to fulfill the needs of the U.S. Government. Nothing contained herein shall guarantee to any Employee any number of hours of work per day or week.

The workweek is 12:00am Sunday to 11:59pm Saturday. The workday shall be defined as an 8 hour shift between 12:00am and 11:59pm

**SECTION 7.2       OVERTIME**

A.   Overtime pay is calculated at one and one-half (1 and ½) times the employee's regular rate for all hours worked over forty (40) hours in one (1) workweek. Hours paid that are not worked, e.g. vacations, do not count as hours worked for overtime purposes.

B.   There will be no pyramiding of overtime.

**SECTION 7.3       OVERTIME ASSIGNMENT**

Bargaining Unit Employees will be expected to work reasonable overtime assignments. A list of volunteers shall be compiled by seniority for each shift. When the senior volunteer works overtime, his/her name will go to the bottom of the list.

When a Bargaining Unit Employee is next on the list, and cannot work because of personal reasons, he/she will be passed over and the next Bargaining Unit Employee on the list will work overtime and the Bargaining Unit Employee's name who turned down the overtime assignment will be next in turn for overtime.

<u>Mandatory Overtime:</u>   When the overtime requirement is involuntary, the Bargaining Unit Employee with the least seniority will be required to meet the overtime requirement on a rotating basis. This includes involuntary call-in, which results in overtimes.

Employees shall be permitted to make trades of work days with other employees, provided each employee is qualified to perform the duties, and provided that the trade will not cause the company to be required to pay overtime or other compensation greater than what it would be required to pay if the trade was not made.  All trades will be approved in advance by the Project Manager or Site Captain.

On-Call Overtime:   When Employees are needed to cover absences or posts on an on-call basis, Employees who are not scheduled for forty (40) hours of work in the week shall be contacted first. If the shift cannot be filled by such Employees and overtime would be required, the Company would then offer such time to Employees who had volunteered for such work based on seniority on a rotating basis. The Company will provide a method for employees to volunteer overtime. Employees must volunteer without restrictions, including posts or locations. If there are insufficient volunteers, employees will be mandated to work such on-call assignments pursuant to this Article.

> (NOTE:  The federal law states that any employee who works over 40 hours in any given work week shall receive overtime, therefore the trade must take place in the same workweek for pay).

It is agreed that Bargaining Unit Employees will not be given time off in order to offset the payment of overtime.

## SECTION 7.4     REST PERIODS

There shall be one twenty (20) minute paid rest period for each eight (8) hour shift and one ten (10) minute paid rest period per 4 hours of additional time worked on the same day.  These rest periods require that the Employee be properly relieved before leaving their post. The Company recognizes the requirement to make its best efforts to provide regularly scheduled breaks. It is not the intent of the Company to avoid this requirement.

## SECTION 7.5     GEAR UP/GEAR DOWN

All employees shall be compensated for time spent on post and for time spent on paid rest periods in accordance with Section 7.4. Employees shall not be compensated for any other time spent on the jobsite. Employees' arrival and departure times from the jobsite shall not be unreasonably restricted.


## ARTICLE 8

## WORK SHIFTS AND PAYMENT POLICIES

## SECTION 8.1     WAGE SCHEDULE

All employees shall receive not less than the minimum wage rate as set forth in the scheduled job titles and wage rates as reflected in Appendix "A" attached hereto and made a part hereof.

**SECTION 8.2      CALL IN PAY**

In the event employee reports to work for his/her shift without having been notified not to report, and work is not available, the employee shall be paid four (4) hours reporting pay at his/her regular rate of pay, including all benefits and allowances. Acts of God and failure of equipment beyond the Contractor's control shall nullify the Contractor's requirement to pay such reporting time pay.

**SECTION 8.3      PAYDAY**

Wages are paid by check, employees shall be paid during their shift but no later than the end of their shift on payday. Employees working 11:00 P.M. – 7:00 A.M. shift shall be paid during their shift but no later than 7:00 A.M. on payday unless notified by the company of an unforeseen delay in the process.

At its sole discretion, the Company will make its best efforts to pay employees every two (2) weeks by Direct Deposit no later than 12:01 A.M. on payday.

**SECTION 8.4      UNDISPUTED ERROR**

In case of an undisputed error on the part of the company as to an Employee's rate of pay, proper adjustment will be made in the next paycheck after the error has been brought in written form to the Company's attention. Any error, involving eight (8) hours of pay or more, will be corrected and paid within three (3) working days.

## ARTICLE 9

## HOLIDAYS

**SECTION 9.1      HOLIDAYS DEFINED**

Whenever the term "holiday" is used, it shall mean:

| | |
|---|---|
| *New Year's Day* | *Labor Day* |
| *Martin Luther King Jr. Birthday* | *Columbus Day* |
| *President's Day* | *Veteran's Day* |
| *Good Friday* | *\*Thanksgiving Day* |
| *Memorial Day* | *\*Christmas Day* |
| *Independence Day* | *Employee's Birthday* |

**SECTION 9.2      MISCELLANEOUS HOLIDAY PROVISIONS**

A.  The parties recognize that the Krome operation is a 24 hour a day / 365 days a year operation and must be staffed accordingly. As such, employees will be required to work on the holidays recognized above.

B.  A full-time position Employee who is not required to work on a holiday shall be paid eight (8) hours straight time, exclusive of any shift premium for that holiday.

**C.** Any full-time position Employee who works as scheduled on a holiday shall receive the Employee's appropriate rate of pay for all hours worked, and in addition, shall receive eight (8) hours holiday pay at the straight time rate as described in (A) above.

**D.** In the event that the Holiday falls on a weekend, the term "holiday" will refer to the day that the U.S. Government designates as the Holiday.

**E.** The twelve (12) holidays shall be paid for regardless of the day of the week on which they fall.

**F.** The employee who is requested and agrees to work on any of the above-named holidays but fails to report to work for such holiday shall not receive holiday pay, and shall be subject to discipline.

**G.** Employees assigned to work Christmas and Thanksgiving will receive time and a-half plus the eight (8) hours holiday pay.

**H.** Employees who work less than forty (40) hours per week average will have their holiday pay pro-rated based on average hours worked per week.

## ARTICLE 10

## VACATIONS

**SECTION 10.1      ELIGIBLE FULL-TIME AND PART TIME EMPLOYEES**

Eligibility for vacation benefits shall be based on Department of Labor (DOL) rules under Service Contract Act. Eligible full-time Employees shall be entitled to annual vacation based on their continuous years of service with the Employer (based on the Employee's anniversary date of employment) at their individual hourly rate of pay at the time payment is made in accordance with the following schedule:

An Employee who is assigned less than 40 hours per week on a regular basis, will receive prorated vacation benefits based on hours worked in the previous year based on the employee's anniversary date.

Upon completion of one (1) year of service:  eighty (80) hours
Upon completion of five (5) years of service:  one-hundred and twenty (120) hours
Upon completion of ten (10) years of service:  one-hundred and sixty (160) hours

**SECTION 10.2      SCHEDULING VACATIONS**

Provided that the Employee has time available to cover the requested time, vacations, insofar as is reasonably possible, shall be granted at the times most desired by the Employee, after the Employee's anniversary date.

**SECTION 10.3      UNUSED VACATION**

Vacations shall not be cumulative from one year to the next.  Any earned but unused vacation time remaining at the end of a year of service (based on Employee's anniversary date of employment) shall be paid to the Employee.

**SECTION 10.4      PAY IN LIEU OF VACATION LEAVE**

If an Employee has not been able to schedule all their earned vacation leave during the year, and risks losing this unused vacation leave, then the Company will allow the Employee to cash out any vacation leave remaining at the end of the Employee's anniversary year.

**SECTION 10.5      TERMINATING EMPLOYEES**

Upon termination of employment, Employees will be paid at their individual hourly rate vacation time earned as of their last anniversary date, but not used, as entitled by the Service Contract Act. (Example:  An Employee who terminates one month into the next anniversary year is entitled to any of the previous year's earned accrued vacation not already used, and not to the additional month accrued in the new anniversary period).

**SECTION 10.6      VACATION – LAID OFF EMPLOYEES**

Length of service with the Employer shall accrue for the purposes of vacation benefits while an Employee is on laid-off status for up to one (1) year. Employees will only be paid vacation benefits upon returning to work.

**SECTION 10.7      VACATION – LENGTH OF SERVICE**

Vacation schedules shall be based on length of service as defined with the present contractor and with prior contractors in the performance of work at various building at ICE, Krome Service Processing Center.

**SECTION 10.8      VACATION – INCREMENTS**

Consistent with Employer approval, efficiency, and economy of operations, Employees with two (2) or more weeks of vacation may take their vacation in segments of not less than one (1) week each.  Those with more than two weeks' vacation may take the additional week in one (1) day, eight (8) hour increments.

**SECTION 10.9      HOLIDAYS OCCURRING DURING A SCHEDULED VACATION**

Should a holiday occur during an employee's vacation, the employee shall receive one (1) additional day's vacation with pay, or pay in lieu thereof, at the option of the employee.

## ARTICLE 11

## LEAVES OF ABSENCE

**SECTION 11.1      LIMITATIONS**

Personal leaves of absence for non-medical emergencies may be granted at the sole discretion of the Employer without loss of seniority to the Employee. Such leaves, if granted, are not to exceed thirty (30) days, unless a special extension is approved by the Employer. An employee on any unpaid leave of absence will be required to use available vacation or personal leave time in full before beginning the unpaid leave. Length of service with the Employer shall not accrue for purposes of vacation, holiday, or other accrued benefits for any unpaid leave of absence over thirty (30) days. The Employer will make every reasonable effort to maintain an Employee's position while on a non-statutory unpaid leave of absence. Unpaid leaves of absence may be taken only with written approval of the Employer or in a case of verified personal emergency. Failure to report for scheduled shifts without Employer permission will Supervisor to disciplinary action.

Any full-time employee who uses more than two (2) days of leave without pay (LWOP) per Government contract year for absences not covered by Family and Medical Leave Act of 1993 (FMLA), Worker's Compensation, or whose absence is not a company approved accommodation and/or leave, will face discontinuance of employment.

All unpaid leaves of absence under this article are without pay, benefits, or allowance.

**SECTION 11.2      MEDICAL LEAVE**

    **A.** The Family and Medical Leave Act of 1993 (FMLA) is incorporated herein.

    **B.** The Company agrees to honor the FMLA for all eligible Employees.

    **C.** During medical leave, the Employee shall be required to furnish a report from the doctor when requested periodically by the Employer. Upon the expiration of said leave, the Employee shall furnish the Employer with a statement, signed by the doctor, which establishes the fitness of the Employee to return to the Employee's previously held work. Any Employee who is not able to return to work with a medical clearance from a licensed physician at the end of a maximum medical leave shall be terminated from Employment.

    **D.** If the Employee files for medical leave on false pretext or works for another employer without pre-authorization from the company, the Employee will be removed from the DO program and from employment with Employer.

AKAL & NUSOG CBA (Detention Officers)    2017-2020    *DR*                                            19

### SECTION 11.3     MILITARY LEAVE

An Employee of the Company who is activated or drafted into any branch of the armed forces of the United States under the provisions of the Selective Service Act or the Reserve Forces Act shall be granted an unpaid military leave of absence, as required under the federal law, for the time spent in full-time active duty. The period of such leave shall be determined in accordance with applicable federal laws in effect at the time of such leave.

An employee must furnish the Employer with a copy of his or her orders within five (5) days of receipt of such orders.

### SECTION 11.4     UNION LEAVE

Up to four (4) union representatives will be granted an unpaid leave of absence no more than once a year for a maximum of five days upon written request for the purpose of attending Union conventions or other meetings of vital interest to the Union as long as staffing requirements permit. More time may be granted upon mutual agreement between the Company and the Union.

### SECTION 11.5     PERSONAL LEAVE

Each full-time Employee shall be eligible to use a maximum of three (3) days of personal leave per 12-month year worked. Eligible full-time Employees shall be entitled to personal leave upon completing one year of continuous service with the Employer (based on the Employee's anniversary date of employment).

    A. Personal days shall be used in no less than four-hour increments and shall be paid when taken by the Employee as approved at least fourteen (14) days in advance by the Project Manager or Assistant Project Manager.

    B. Employees who work a regular schedule of less than 40 hrs per week will receive pro-rated benefits based on the number of actual hours worked in the previous year based on anniversary date.

    C. Unused personal days shall not be cumulative from year to year. Any unused, earned personal leave pay will be paid to Employee within the month following their anniversary date.

    D. Upon termination of employment, Employee will be paid at their individual hourly rate for any unused, earned personal leave, based upon the number of actual hours Employee worked during that year based on hire date anniversary. If the Employee has used more personal days upon termination than he/she earned based upon time worked on the contract (2 hours per full month worked), the amount of the overage will be deducted from the Employee's final paycheck. (Example: If Employee works only six months and therefore earns twelve (12) hours of personal leave, but actually uses sixteen (16) hours of personal leave, the extra four (4) hours' pay will be deducted from Employee's final paycheck.)

    E. Personal leave (and vacation) days will be used to cover absences caused by illness if the employee has exhausted their sick leave. Any Employee who is unable to report to work because of sickness must notify the Employer at least two (2) hours prior to

the beginning of his/her regular shift in order to be eligible for paid personal leave benefits. Proof of illness may be required. Disciplinary action may result from excessive, unapproved absenteeism.

**SECTION 11.6      SICK LEAVE**

A.  Each full-time Employee shall be eligible to use a maximum of six (6) days of sick leave per 12-month year worked. Sick leave shall accrue at the rate of 1.85 hours per biweekly pay period.

B.  Sick leave will be payable for full days of absence due to illness commencing on the first (1st) day of illness, and will not be paid for more than eight (8) hours at the employee's regular straight time rate for each day the employee is eligible to receive sick pay. Sick leave will not be considered as time worked for purposes of computing overtime.

C.  If the Employee is absent from work for three (3) or more consecutive days, the Employer will require the employee's health care provider to complete the Company's Fitness for Duty form. This form must be submitted to the Employer's Human Resources department for review prior to or on the day of the Employee's return to work after three (3) consecutive days of absence. This form will be available electronically, hard copy or fax via the following manners:

   a)  The Company's Intranet;

   b)  Upon request from Human Resources department; or

   c)  Upon request from the Employee's supervisor

Any Employee who has unused Sick Leave at the end of the anniversary year shall be permitted to carry over six (6) days of sick leave to have a maximum accrued bank of twelve (12) days of sick leave at any time. Employees will continue to earn leave even if they have reached a maximum carryover, but each year will only be able to carryover twelve (12) days. As example, an employee who has carried over twelve (12) days will earn the six (6) additional days the following year, but will not be able to carryover those days the following year. Any employee, who has more than twelve (12) days in their accrued bank on their anniversary, will be paid out any time in excess of twelve (12) days at that time.

D.  Employees who work less than forty (40) hours per week average will have their Sick pay pro-rated based on average hours worked per week over the prior year.

E.  Employees must use any accrued Sick Leave to cover absences due to an illness before they can use Personal or Vacation Leave.

**SECTION 11.7      PROCESSING UNPAID LEAVES OF ABSENCE**

The Employer will consider requests for unpaid leaves of absence and may grant them at its sole discretion. An unpaid leave of absence must be processed in the following manner:

A. All requests for unpaid leaves of absence shall be submitted in writing to the Project Manager at least ten (10) calendar days prior to the date the leave will take effect, except in cases of verified personal emergencies, and include:

    a) The reasons for such leave;

    b) The effective dates of such leave; and

    c) The estimated date of return to work.

B. The Company will respond to the request within five (5) working days.

C. The written request for leave of absence shall be submitted to the Human Resources Manager or the Project Manager for final approval. If the request for the leave of absence is approved, a copy of the approved leave of absence will be given to the Employee involved.

D. Extensions of the leave of absence may be granted at the sole discretion of the Employer, upon written request by the Employee within ten (10) calendar days prior to the expiration of the leave of absence. Extensions, when granted, shall not total more than thirty (30) days.

## SECTION 11.8    GENERAL PROVISIONS

Seniority shall accumulate during the period of any approved leave of absence subject to the provisions of this Agreement.

## SECTION 11.9    BEREAVEMENT

If it is necessary for an employee to lose time from work because of death in the immediate family, the employee shall be entitled to three (3) days paid leave of absence at his or her straight-time rate of pay. If a death in the immediate family occurs among a member of the immediate family who resided out-of-state, the employee shall be entitled to five (5) days paid leave of absence at the employee's straight-time rate of pay.

Immediate Family.  This is defined to mean an employee's father, mother, spouse, sister, brother, children (including legally adopted children and/or stepchildren), father-in-law, mother-in-law, sister-in-law, brother-in-law, grandparents, and grandchildren. In addition, Employees will be allowed paid bereavement leave for up to one aunt or uncle in a year. In the event there are additional deaths of aunts or uncles in a year, the Company will make its best efforts to provide additional time off. Employees will be able to use accrued vacation or personal leave during such absences.

The Employer will require the death certificate or the state/county equivalent when an employee requests a paid leave. Employees will be provided time to produce the death certificate to the Company from the start of the bereavement leave. Employees will be provided up to thirty (30) days for death of covered family member if the family member lived in Florida, forty-five (45) days if they live in another state within the United States, and sixty (60) days for deaths outside of the United States.

### SECTION 11.10     JURY DUTY

If an employee is called for jury duty, upon written notice that the employee has served, the Employer shall reimburse employee for each day served, up to a maximum of ten (10) days, at a regular rate of base pay.

This will be pro-rated for all part-time employees. Transportation fees to employees are not to be counted as jury duty pay. If any employee is called as a witness to a crime on the facility, then he shall be compensated for all time lost.

Employee must inform the Company immediately in writing upon receiving a notice to report for jury service.  The Employer reserves the right to request an exemption.

### SECTION 11.11     ABSENTEEISM FROM DUTY

An employee must call in to the appropriate supervisor two (2) hours prior to the start of the scheduled shift. In the event an emergency prevents an employee from reporting to work and notifying the office prior to the scheduled shift, an employee must contact the appropriate Supervisor as soon as possible and explain the failure to report for duty. Explanations are subject to verification.  Unverified and unexcused absences from duty will result in disciplinary action.

AKAL considers that an employee has resigned their position voluntarily (voluntary separation) if the employee is absent from duty due to "no call/no show" more than 2 consecutive days or 5 days in a contract year.

### ARTICLE 12

### HEALTH, WELFARE AND UNIFORM ALLOWANCES

### SECTION 12.1     PAYMENTS

For the term of this Agreement, the employer will provide Medical Coverage for all employees who work at least thirty (30) hours per week to include their legal dependents.

Participation by Employees in the Company's Health and Welfare ("H&W") Plans shall be in accordance with the terms of those Plans as they presently exist and as they may be amended by the Employer from time to time. The H&W Plans currently include medical insurance, dental insurance, vision insurance, and the Shop Plan – hospital reimbursement plan.

The Union shall have the option, at its discretion, to request modifications to the design of the Company's H&W Plans, and shall also have the option to substitute its own H&W Plans for the Company's H&W Plans. Any such requested changes to the Company's H&W Plans, and any such substitution of Plans, shall be negotiated between the Company and the Union.

The parties further agree that Employees may be required to make contributions to the H&W Plans amounts vary according to the type of coverage. Changes to the contributions will not

occur without at least 30 days' notice to the Union and Employees, and contributions will be done on a pre-tax basis in accordance with IRS regulations.

For the life of this Agreement, the Employer will make health and welfare payments on all hours worked up to forty (40) hours per week, and up to a total of 2080 hours per contract year, as described in Appendix A.

The parties agree to work together to select a plan for the 2017-2018 plan year comparing options presented by both the Company broker and the Union broker. Decisions regarding broker and plan administrator services must be made by May 31, 2017. In the 2017-2018 plan year, the H&W rate will remain the same. For the 2018-2019 plan year the union will reopen the Health coverage on both the plan design and the H&W rate. Rates for the 2019-2020 plan year will remain the same as the prior years unless agreed upon by the parties.

### SECTION 12.2     OTHER BENEFITS

The Employer will offer Employees the opportunity to participate in other available Employee paid fringe benefit programs made available to all Detention Officers employed by the Company. These programs may include cafeteria plans, payroll deduction plans, retirement plans, insurance plans, 401(k) plans, and any other plan mentioned in this Agreement.

### SECTION 12.3     UNIFORM AND UNIFORM MAINTENANCE

Uniforms shall be supplied where required by the Employer. Members shall return all the uniforms issued to them upon separation or eighty percent (80%) replacement cost for uniform items and one hundred percent (100%) for replacement cost of equipment.

The Employer will pay the Employee an allowance for each hour worked, up to 40 hours per week, for uniform maintenance as described in Appendix A.


### ARTICLE 13

### MISCELLANEOUS PROVISIONS

### SECTION 13.1     BULLETIN BOARDS

The provision of these facilities is the prerogative of the U.S. Government, who owns and controls all worksite facilities.

  A. The Union shall provide an appropriate bulletin board exclusively for the use of the Union for the posting of non-controversial notices, such as:

     a) Notices of Union recreational and social affairs;
     b) Notices of Union elections;
     c) Notices of Union appointments and results of Union elections;
     d) Notices of Union meetings;
     e) Union updates of negotiations.

**B.** There shall be no other postings on the Union's bulletin board by the Union, by employees or by the Company, of advertising or of any political matters.

**C.** Employer has no say in the use of the Union's bulletin board, except in order to maintain proper decorum or when directed by the government.

## SECTION 13.2    PHYSICAL EXAMINATIONS

The Employer may require, as a condition of initial and continued employment, that applicants and employees submit to physical examinations including Physical Agility and endurance tests, to determine fitness for duty. Such examinations may include laboratory tests to detect the presence of alcohol or illicit drugs. Such laboratory tests may be administered before the commencement of work, after layoffs or leaves of absence in excess of thirty (30) calendar days, after on-the-job accidents, and upon reasonable suspicion of drug or alcohol use or impairment. The Employer may also require employees to undergo such laboratory tests on an annual basis. When required, such annual examinations will be given within fifteen (15) days of an employee's anniversary date. The Employer shall bear the cost of the initial and of the annual physical examination. Personal leave, with the permission of the supervisor, may be used for taking client-required re-examinations. For such re-examinations, employee shall make every attempt to use insurance coverage by Employer or otherwise owned by employee. Other than through insurance, Employer shall not cover the costs of client-required re-examinations.

## SECTION 13.3    TRAVEL EXPENSES

The Company will provide advance payments for Company authorized and approved travel expenses if requested by an Employee. Any workday that includes travel and totals over twelve (12) hours may require the Employee to stay overnight, and the appropriate per diem will be paid. All hours in travel up to a maximum of eight (8) per day will be counted as work hours, with the appropriate overtime wages provided for under this Agreement. Employees will be reimbursed for all authorized expenditures of any authorized travel within twenty (20) days from the day Employer receives the properly completed travel voucher and all required receipts.

## SECTION 13.4    BREAK ROOMS

The Employer will make its best effort to obtain from the U.S. Government break rooms for DOs for breaks and lunch, without management using the room as an office, and will make its best prerogative of the U.S. Government effort to have the U.S. Government equip the room with water. The providing of these facilities is the prerogative of the U.S. Government.

## SECTION 13.5    LOCKERS

The Employer will make its best effort to obtain lockers from the U.S. Government for the use of the DOs. The providing of these facilities is the prerogative of the U.S. Government.

**SECTION 13.6      UNION MEETINGS**

Neither Union officials nor Union members shall, during working time (excluding break and lunch periods), solicit membership, receive applications, hold meetings of any kind for the transaction of Union business, or conduct any Union activity other than the handling of grievances as described in this Agreement. No Employee may leave their post without permission from the Employer under any circumstances, unless there is appropriate Government permission granted. No Employee may be at the worksite at any time unless on duty at that time.

**SECTION 13.7      VISITATION**

It is agreed that the Union representative shall have access to the various buildings under ICE, Krome Service Processing Center, Miami during working hours, to ascertain whether the Agreement is being properly observed, providing there is a minimum interruption of normal course of the operation at the various buildings under ICE, Krome Service Processing Center, Miami and all regulations of the Government are complied with. It is mutually understood that the Employer has no control over who can visit the site. This control is solely with ICE, Krome Service Processing Center, Miami.

**ARTICLE 14**

**401(k) PLAN**

The Company shall provide a 401(k) plan to which Detention Officers are eligible to contribute. At the direction of the individual Employee, the Company will deposit the pension payments to the Employee's 401(k) account. Employees shall be subject to the eligibility requirements and rules of the Plan. Participation by Employees in the 401(k) Plan shall be in accordance with the terms of the 401(k) Plan as it presently exists, and as it may be amended by the Employer from time to time.

If the Union desires to switch to its own 401(k) Plan the Company and Union agree to meet and discuss the feasibility of such a change. If such a change is made, the Company will deposit the pension payments exclusively to the Union's 401(k) Plan. The Union must provide the Company with ninety (90) days' notice before such a transition would become effective to enable the Company to make all necessary changes to facilitate the transition.

**ARTICLE 15**

**SAFETY**

**SECTION 15.1      SAFETY POLICY**

It is the policy of the Company to make its best efforts to provide Employees with places and conditions of employment that are free from or protected against occupational safety and health hazards. Under this Agreement, all worksites and facilities are the property of the U.S.

Government, who is responsible for the condition and safety of the worksite. The Company agrees to permit one (1) bargaining unit member selected by the Union to participate in any locally scheduled safety meetings.

## SECTION 15.2    OSHA STANDARDS

The Company will report any safety violations observed or reported to the Company in any U.S. Government-provided DO workstation or break room.

## ARTICLE 16

## CONTINUITY OF OPERATIONS

A. No Strike-No Lockout Provision.  It is the intention of the parties to adjust any and all claims, disputes, or grievances arising hereunder by resort to the procedures provided in this Agreement, and it is therefore agreed that during the life of this Agreement, there shall be no cessation of work, whether by strike, walkout, lockout, sick-out, picketing, or other interference with or curtailment of performance of duties, including sympathy strikes.

B.  Strike Lines.  During the life of this Agreement, a refusal by an employee or employees to cross a strike line at the employees' regular place of employment, established by the Union or any other labor organization or established by any other group, shall constitute a violation of Section A of this Article.

> The Union agrees as part of the consideration of this Agreement that it will, within twelve (12) hours, take steps to end any work stoppages, strikes, intentional slowdown, picketing, or suspension of work, and shall notify its members by telephone, email, newspaper, and Employer and Union bulletin boards of such violation of this Agreement and shall instruct its membership to return to work immediately.

> The Union agrees that it will not assist employees participating in such work stoppage, strikes, intentional slowdowns, picketing, or suspension of work against whatever disciplinary action the Employer may take and that such disciplinary action shall not be subject to the regular Grievance Procedure or to this Agreement.

## ARTICLE 17

## SEPARABILITY OF CONTRACT

In the event that any provision of this Agreement shall at any time be declared invalid by any court of competent jurisdiction or through U.S. Government regulations or decree, such parties hereto agree to renegotiate such provision or provisions of this Agreement for the purpose of making them conform to the decree or U.S. Government statutes, so long as they shall remain

legally effective. It is the express intention of the parties hereto that all other provisions not declared invalid shall remain in full force and effect.

Should any part of this Agreement or any provision herein contained be rendered or declared invalid by reason of any existing or subsequently enacted legislation or by a decree of any court of competent jurisdiction, such invalidation of such part or portion of this Agreement shall not invalidate the remaining portions hereof. Remaining parts or provisions shall remain in full force and effect.

## ARTICLE 18

## ENTIRE AGREEMENT

The parties acknowledge that during the negotiation which resulted in the Agreement, the parties had the unlimited right and opportunity to make demands and proposals with respect to any dispute or matter not removed by law from the area of collective bargaining, and all understandings or agreements reached by the parties are set forth in this Agreement. Therefore, the Company and the Union shall not be obligated to bargain collectively on any matter pertaining to conditions of employment, including but not limited to, rates of pay, wages, hours of work, disciplinary actions, training requirements, etc., during the term of this Agreement, except as specifically provided for in other provisions of this Agreement.

## ARTICLE 19

## DURATION

This Agreement shall be effective from July 1, 2017 through June 30, 2020 and supersedes any and all prior agreements or understandings between the parties.

**IN WITNESS WHEREOF,** the parties have caused their representatives to sign this Agreement as full acknowledgment of their intention to be bound by the Agreement.

FOR:  **National Union of Security Officers and Guards**

_____          _____
Gerard A. Jones                                          Date
President

FOR:  **AKAL SECURITY, INC.**

_____          _____
Name: Don REHm                                      Date  11/04/18
Title: DIRECTOR, Labor RELATIONS

AKAL & NUSOG CBA (Detention Officers)   2017-2020   DR                    28

Appendix A

## WAGE SCHEDULE

Hourly Wage Rate:

| | |
|---|---|
| Effective July 1, 2017 | $29.75 per hour * |
| Effective the first full pay period of May, 2018 | $30.49 per hour * |
| Effective the first full pay period of May, 2019 | $30.49 per hour * |
| Effective the first full pay period of May, 2020 | $30.49 per hour * |

*A shift differential of four percent (4%) of the employee's regular hourly rate shall be paid for all hours worked between 2 P.M. and 10 P.M. A shift differential of six percent (6%) of the employee's regular hourly rate shall be paid for all hours worked between 10 P.M. and 6 A.M.

Uniform Allowance:

| | |
|---|---|
| Effective July 1, 2017 | $0.45 per hour up to 40 hours per week |
| Effective the first full pay period of May, 2018 | $0.45 per hour up to 40 hours per week |
| Effective the first full pay period of May, 2019 | $0.45 per hour up to 40 hours per week |
| Effective the first full pay period of May, 2020 | $0.45 per hour up to 40 hours per week |

H&W Rate:

| | |
|---|---|
| Effective July 1, 2017 | $4.90 per hour up to 40 hours per week |
| October, 2018 | There will be a Reopener |
| Effective the first full pay period of May, 2019 | Same, unless otherwise agreed by the parties on the 2018 reopener |
| Effective the first full pay period of May, 2020 | Same, unless otherwise agreed by the parties on the 2018 reopener |

Pension/401(k):

| | |
|---|---|
| Effective July 1, 2017 | $1.47 per hour up to 40 hours per week |
| Effective the first full pay period of May, 2018 | $1.47 per hour up to 40 hours per week |
| Effective the first full pay period of May, 2019 | $1.47 per hour up to 40 hours per week |
| Effective the first full pay period of May, 2020 | $1.47 per hour up to 40 hours per week |

Wage Structure for New Hires:

1. New employees will be paid at eighty percent (80%) of the current rate.
2. After completion of training, new employees will be paid the greater of $25.29 or eighty-five (85%) of the current rate.
3. New employee must complete eleven (11) months of employment by May 1 of contract year to receive ninety-five percent (95%) of current rate.
4. New employee must complete twenty-nine (29) months of employment by May 1 of contract year to receive one-hundred percent (100%) of the current rate.

Those Employees who were working part-time on the contract prior to October 1, 2014 will be afforded the first right of refusal for full-time positions as they become available. New hires will be hired on a part-time basis and will not be offered full-time positions until all part-time employees on the payroll prior to October 1, 2014 have exercised their right of first refusal for full-time status.

AKAL & NUSOG CBA (Detention Officers)   2017-2020   *DR*

29

**Conversion to Full Time Employment:**

Upon request of the Union, each September, the parties agree to meet and discuss the hours worked by individual part-time employees and the projections for the following year to determine if another full-time position should be established.

FOR:  **NATIONAL UNION OF SECURITY OFFICERS AND GUARDS**

_____          _____1/11/18_____
Gerard A. Jones                          Date
President

FOR:  **AKAL SECURITY, INC.**

_____          _____1/04/18_____
Name: Don Ashm                           Date
Title: Director, Labor Relations