# EXHIBIT "2"

## RETURN OF SERVICE

State of Florida      County of Miami-Dade      Circuit Court

Case Number: 2020-013938-CA-01

Plaintiff:
**KAREEM PICKERING and AARON MUHAMMAD**

vs.

Defendant:
**AKAI SECURITY**

For:
Chad Levy P.A.
Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Sunrise, FL 33323

Received by Affordable Process on the 12th day of July, 2020 at 6:23 pm to be served on **Akai Security Inc. C/O Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Mary Green #243, do hereby affirm that on the **14th day of July, 2020 at 10:57 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Von Smith** as **Customer Service Specialist** for **Akai Security Inc. C/O Corporation Service Company**, at the address of: **1201 Hays Street, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to FLA. Stat. s92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made

Mary Green #243
Process Server

Affordable Process
5020 Golfview Court
Unit 1426
Delray Beach, FL 33484
(561) 266-3684
Our Job Serial Number: AFR-2020000730

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n