# EXHIBIT "3"

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Kareem Pickering, Aaron Muhammad</u>
Plaintiff
    vs.
<u>Akal Security, Inc.</u>
Defendant

II. **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>35,000</u>

III. **TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure
    - ☐ Homestead residential foreclosure
    - ☐ Non-homestead residential foreclosure
    - ☐ Other real property actions
- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

- ☐ County Civil
    - ☐ Small Claims up to $8,000
    - ☐ Civil
    - ☐ Replevins
    - ☐ Evictions
    - ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
  ☒ Monetary;
  ☒ Non-monetary declaratory or injunctive relief;
  ☒ Punitive

**V.     NUMBER OF CAUSES OF ACTION:**
  (Specify)

  2

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ Yes
  ☒ No

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ No
  ☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ Yes
  ☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   s/ Chad E. Levy
             Attorney or party
FL Bar No.:  851701
             (Bar number, if attorney)
             Chad E. Levy
             (Type or print name)
   Date:   07/01/2020

Filing # 109840081 E-Filed 07/06/2020 05:33:50 PM

| XX | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
|---|---|
| ___ | IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |

| CIVIL DIVISION | SUMMONS | CASE NUMBER 2020-013938-CA-01 |
|---|---|---|

| PLAINTIFF(S): | vs. DEFENDANT(S): | CLOCK IN |
|---|---|---|
| Kareem Pickering and Aaron Muhammad, | Akal Security, Inc., | Served Date 7/14/20 Time 10:5?a MOG No. 245 |

*is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit*

**THE STATE OF FLORIDA**

**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the Complaint or Petition, in this action on Defendant(s): **Akal Security, Inc.**, by serving Registered Agent:

Akal Security, Inc.
Attn: Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, Florida 32301

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney:

Whose Address is:

CHAD E. LEVY, ESQ.
LEVY & LEVY, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723

Within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

| HARVEY RUVIN | | DATE | 7/8/2020 |
|---|---|---|---|
| Clerk of Courts | By: _____ Deputy Clerk   Court Seal | | |

Filing # 109701403 E-Filed 07/01/2020 09:14:17 PM

|  |  |
|---|---|
| KAREEM PICKERING<br>and AARON MUHAMMAD,<br><br>      Plaintiffs,<br><br>vs.<br><br>AKAL SECURITY, INC.,<br><br>      Defendant.<br>_____/ | IN THE CIRCUIT COURT OF THE 11TH<br>JUDICIAL CIRCUIT IN AND FOR<br>MIAMI-DADE COUNTY, FLORIDA<br><br>CASE NO.: |

## COMPLAINT

COMES NOW, Plaintiffs, KAREEM PICKERING and AARON MUHAMMAD (hereafter referred to collectively as "Plaintiffs"), by and through their undersigned counsel, and sue the Defendant, AKAL SECURITY, INC., and alleges as follows:

### INTRODUCTION

1. This is a proceeding for compensatory damages, punitive damages, and costs and attorneys' fees to remedy racial and national origin discrimination, affecting the terms, conditions and privileges of employment, and to redress the deprivation of rights secured to the Plaintiffs under by the Florida Civil Rights Act of 1992, Florida Statutes §760, et seq. ("FCRA").

### JURISDICTION AND VENUE

2. Jurisdiction is invoked pursuant to the FCRA.

3. Venue is proper as all claims asserted herein arose in Miami-Dade County.

4. At all times material hereto, the Plaintiffs was/is a citizen of the United States, a resident of Miami-Dade County, Florida, sui juris, and an employee or former employee of the Defendant.

5. At all times material hereto, the Plaintiffs were and continue to be African-Americans, and are members of a protected class within the meaning of the FCRA.

6. At all times material hereto, the Plaintiffs were employees within the meaning of the FCRA.

7. At all times material hereto, the Defendant, upon information and belief, was a Florida corporation doing business in Miami-Dade County, an employer or former employer of the Plaintiffs, and was, and is, an employer within the meaning of the FCRA.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

8. The Plaintiffs has fulfilled all conditions precedent to the institution of this action.

### STATEMENT OF FACTS

9. Mr. Pickering and Mr. Muhammed, both African-American males, were qualified individuals who began working for the Defendant as Transportation Detention Officer for approximately ten years and nine years, respectively.

10. However, on September 19, 2018, Plaintiffs were both terminated for the pretextual reason of improper weapons handling, despite other similarly situated Hispanic employees committing similar or worse violations, such as taking a loaded shotgun into a secure facility and leaving the shotgun inside their vehicle.

11. These officers were only given a short suspension.

12. Additionally, there were two other Hispanic Officers who were watching a Mental Health Detainee that had committed suicide due to their negligence.

13. The officers involved in this incident were subjected to better treatment as one officer was allowed to resign, while the other is still employed.

14. Yet, in the Plaintiffs' situation, there was no such leniency and a clearly disparate

treatment towards them for no reason other than the fact they are black and not Hispanic.

## COUNT I
## FCRA --- RACE DISCRIMINATION

15. The Plaintiffs incorporates by reference paragraphs 1- 14 herein.

16. The Defendant discriminated against the Plaintiffs in the terms and conditions of their employment, and otherwise denied the Plaintiffs job opportunities because of their race.

17. The unlawful discriminatory actions by the Defendant and its agents and employees, as set forth herein, were and are intentional, willful, malicious and with gross disregard for the Plaintiffs' rights, and violate the FCRA.

18. As a direct and proximate result of the Defendant's unlawful and discriminatory treatment, the Plaintiffs has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

    a. Damage to reputation, confidence and self-esteem;

    b. Loss of past and future income;

    c. Loss of future earning capacity;

    d. Loss of other fringe benefits;

    e. Stress, anxiety and emotional distress;

    f. Significant past and future pain and suffering; and

    g. Other financial losses.

19. The Plaintiffs is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

WHEREFORE, the Plaintiffs, KAREEM PICKERING and AARON MUHAMMAD, requests that judgment be entered against the Defendant THE DEFENDANT AMERICAS CORPORATION, for damages, including compensatory, consequential, and punitive, and all

equitable relief, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## COUNT II
## FCRA --- NATIONAL ORIGIN DISCRIMINATION

20. The Plaintiffs incorporates by reference paragraphs 1- 14 herein.

21. The Defendant discriminated against the Plaintiffs in the terms and conditions of their employment, and otherwise denied the Plaintiffs job opportunities because of their national origin.

22. The unlawful discriminatory actions by the Defendant and its agents and employees, as set forth herein, were and are intentional, willful, malicious and with gross disregard for the Plaintiffs' rights, and violate the FCRA.

23. As a direct and proximate result of the Defendant's unlawful and discriminatory treatment, the Plaintiffs has suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to:

    a. Damage to reputation, confidence and self-esteem;

    b. Loss of past and future income;

    c. Loss of future earning capacity;

    d. Loss of other fringe benefits;

    e. Stress, anxiety and emotional distress;

    f. Significant past and future pain and suffering; and

    g. Other financial losses.

24. The Plaintiffs is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation.

WHEREFORE, the Plaintiffs, KAREEM PICKERING and AARON MUHAMMAD, requests that judgment be entered against the Defendant, AKAL SECURITY, INC., for damages,

including compensatory, consequential, and punitive, and all equitable relief, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiffs demands trial by jury of all issues triable as of right by a jury.

Dated: July 1, 2020.   Respectfully submitted,

Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway, Suite 588
Sunrise, Florida 33323
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
*Counsel for Plaintiff*

*/s/ Chad Levy*
CHAD E. LEVY, ESQ.
chad@levylevylaw.com
Secondary: assistant@levylevylaw.com
F.B.N.: 0851701
DAVID M. COZAD, ESQ.
david@levylevylaw.com
F.B.N.: 333920