UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

KAREEM PICKERING and AARON MUHAMMED,

      Plaintiffs,

v.

AKAL SECURITY, INC.,

      Defendant.
_____

**DEFENDANT AKAL SECURITY, INC.'s CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, AKAL SECURITY, INC., by and through its undersigned counsel and pursuant to this Court's Interested Persons Order for Civil Cases [D.E 3], discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Akal Security, Inc. – Defendant

    Khalsa International Industries and Trade, Inc. – Defendant's parent company (privately held entity that owns 100% of Defendant's stock)

    Jackson Lewis P.C. – Attorneys for Defendant

    Neil D. Kodsi, Esq. – Counsel for Defendant

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

      Kareem Picketing – Plaintiff

      Aaron Muhammed - Plaintiff

      Levy & Levy, P.A. – Attorneys for Plaintiffs

      Chad E. Levy, Esq. – counsel for Plaintiffs

      David M. Cozad, Esq. – counsel for Plaintiffs

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      Defendant is unaware of any such entities.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      Defendant is unaware of any such entities.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      None not already identified in response to Item No. 1.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 3, 2020

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305-577-7600

s/ *Neil D. Kodsi*
Neil D. Kodsi, Esq.
Florida Bar No. 0011255
E-mail:  *neil.kodsi@jacksonlewis.com*

*Counsel for Akal Security, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Neil D. Kodsi*
Neil D. Kodsi, Esq.

## SERVICE LIST

| | |
|---|---|
| Chad E. Levy, Esq.<br>E-mail: *chad@levylevylaw.com*<br>David M. Cozad, Esq.<br>E-mail: *david@levylevylaw.com*<br>LEVY & LEVY, P.A.<br>1000 Sawgrass Corporate Parkway, Suite 588<br>Sunrise, Florida 33323<br>Telephone:  954-763-5722<br><br>*Counsel for Plaintiffs* | Neil D. Kodsi, Esq.<br>E-mail:  *neil.kodsi@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone:  305-577-7600<br><br>*Counsel for Akal Security, Inc.* |