UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

KAREEM PICKERING
and AARON MUHAMMAD,

      Plaintiffs,

vs.

AKAL SECURITY, INC.,

      Defendant.

                                   /

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

___X____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        Case No.: 2020-013938-CA-01, Aaron Muhammad and Kareem Pickering v. Akal Security, Inc.

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

                        Law Offices of Levy & Levy, P.A.
                        1000 Sawgrass Corporate Parkway, Suite 588
                        Sunrise, Florida  33323
                        Telephone: (954) 763-5722
                        Facsimile: (954) 763-5723
                        Email: chad@levylevylaw.com
                        Service Email: assistant@levylevylaw.com
                        *Counsel for Plaintiff*

                        */s/ Chad Levy*
                        CHAD E. LEVY, ESQ.
                        F.B.N.: 0851701

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

*/s/ Chad E. Levy*
Chad E. Levy

## SERVICE LIST

Neil D. Kodsi, Esq.
Florida Bar No. 0011255
E-mail: *neil.kodsi@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600
*Attorneys for Akal Security, Inc.*