UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

| | |
|---|---|
| KAREEM PICKERING and AARON MUHAMMED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AKAL SECURITY, INC., | ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, **KAREEM PICKERING** and **AARON MUHAMMAD,** and Defendant, **AKAL SECURITY, INC.,** by and through their respective undersigned counsel, hereby file this Joint Notice of Settlement to notify this Court that Plaintiffs and Defendant have reached a settlement in this matter. The Parties are in the process of finalizing settlement documents and request 45 days to submit documents related to the closure of this case.

Respectfully submitted this 4th day of May 2021

*s/Sara Saba*
Sara Saba, Esq.
Florida Bar No. 911011
Email: *sara@lawofficeofsajsaba.com*
Law Office of Sara J. Saba, P.A.
2750 Northeast 185th Street, Ste 302
Aventura, Florida 33180
Telephone:  305-450-8009

*Attorney for Plaintiff*

*s/Edwin Cruz*
Paul Penichet, Esq.
Florida Bar No. 899380
E-mail: *pail.penichet@jacksonlewis.com*
Edwin Cruz, Esq.
Florida Bar No. 55579
Email: *edwin.cruz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600

*Attorneys for Defendant*

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Edwin Cruz*
Edwin Cruz