iUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23151-BLOOM/Louis

KAREEM PICKERING and
AARON MUHAMMED,

    Plaintiffs,

v.

AKAL SECURITY, INC.,

    Defendant.
_____/

# ORDER

**THIS CAUSE** is before the Court upon non-party Nevada Smith's request for leave to have Defendant's Joint Settlement be made public, ECF No. [32] ("Motion"). On May 4, 2021, the parties in this case filed a Joint Notice of Settlement, ECF No. [30], of the claims in this case. Non-party Nevada Smith[1] now requests that the parties' private settlement agreement be made public but cites to absolutely no authority that would justify such a request. Absent any binding legal authority that would support requiring the parties to file a private settlement agreement on the public docket, the Court sees no basis to grant this Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [32]**, is **DENIED**.

---

[1] Nevada Smith previously requested leave to file an *amicus* brief to "provide this court [sic] with accurate facts that only Nevada Smith will provide" on the corporate identity of Defendant and of Defendant's "Tax-Exempt Religious Cult" parent and subsidiary companies. ECF No. [15] at 2, 5. The Court denied Smith's motion on October 14, 2020. ECF No. [16]. Smith then moved for reconsideration, ECF No. [17], which was also subsequently denied, ECF No. [18].

Case No. 20-cv-23151-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 10, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record