UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

| | |
|---|---|
| KAREEM PICKERING and AARON MUHAMMED, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AKAL SECURITY, INC., | ) ) |
| Defendant. | ) ) |
| _____ | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, KAREEM PICKERING ("Pickering") and AARON MUHAMMAD ("Muhammad") (Pickering and Muhammad shall collectively be referred to as the "Plaintiffs") and Defendant, AKAL SECURITY, INC. ("Akal"), (Plaintiffs and Akal shall collectively be referred to as the "Parties"), hereby stipulate to the dismissal with prejudice of all claims which were brought or which could have been brought in this action. The Parties shall bear their own attorneys' fees, costs, and expenses except as otherwise provided for by any Agreement between the Parties.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

CASE NO.: 1:20-cv-23151-BLOOM/LOUIS

Respectfully submitted this 10th day of July 2021

*s/Sara Saba*
Sara Saba, Esq.
Florida Bar No. 911011
Email: *sara@lawofficeofsajsaba.com*
Law Office of Sara J. Saba, P.A.
2750 Northeast 185th Street, Ste 302
Aventura, Florida 33180
Telephone:  305-450-8009

*Attorney for Plaintiff*

*s/Edwin Cruz*
Paul Penichet, Esq.
Florida Bar No. 899380
E-mail: *pail.penichet@jacksonlewis.com*
Edwin Cruz, Esq.
Florida Bar No. 55579
Email: *edwin.cruz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Sara Saba*
Attorney for Plaintiff
Law Office of Sara J. Saba, P.A.